# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE S. WRIGHT and LOUISE K. WRIGHT,<br><br>        Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>        Defendants. | CIVIL ACTION NO: 1:23-CV-10496-MJJ |

## FORD MOTOR COMPANY'S MOTION TO EXCLUDE DR. DAVID ZHANG'S GENERAL AND SPECIFIC CAUSATION OPINIONS

Ford Motor Company ("Ford") moves this Court for an order precluding the general and specific causation opinions of Dr. David Zhang. Pursuant to Rule 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 593, 94 (1993) and its progeny, Dr. Zhang should be precluded from offering these opinions because they are unreliable, not based on sufficient facts or data, and unhelpful to the jury. Furthermore, his opinion should be excluded under Federal Rule of Evidence 403 because the risk of unfair prejudice, jury confusion, and misleading the jury outweigh any probative value.

In further support of this motion, Ford incorporate its memorandum of law attached hereto.

**Wherefore**, Ford respectfully requests that this Court grant its motion and exclude Dr. Zhang's general and specific causation opinions.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Ford requests oral argument on the motion.

|  |  |
|---|---|
|  | **FORD MOTOR COMPANY,** By its Attorneys |
|  | **WHITE AND WILLIAMS LLP** |
|  | /s/ Timothy J. Keough |
|  | **TIMOTHY J. KEOUGH (BBO #691562)** **AUDREY J. SCHOENIKE (BBO #709961)** 101 Arch Street, Suite 1930 Boston, MA 02110 617-748-5200 keought@whiteandwilliams.com |
| Dated: November 22, 2024 | schoenikea@whiteandwilliams.com |

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, a copy of the above document was filed through the ECF system and was served on all registered participants as listed on the Notice of Electronic filing, and that all non-registered parties were served via U.S. First-Class mail.

/s/ Timothy J. Keough
**Timothy J. Keough**

-2-